# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE: **LUIS GERARDO NIEVES SANCHEZ**
SSN xxx-xx-3650

Debtor(s)

CASE NO: **24-03451-EAG**

**Chapter 13**

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **08/19/2024**

Days From Petition Date: **37**

910 Days Before Petition: **02/21/2022**

Chapter 13 Plan Date: **08/19/2024** ☐ Amended

This is Debtor(s) _____ Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____   Amount: $ _____

First Meeting Date: **09/25/2024 at 8:20AM**

341 Meeting Date: **09/25/2024 at 8:20AM**

Confirmation Hearing Date: **10/25/2024 at 2:30PM**

Plan Base: **$6,300.00**   Plan Docket **#2**

This is the 1 scheduled meeting.

Total Paid In: **$175.00**

*APPEREANCES:   ☐ Telephone   ☑ Video Conference

Debtor: ☐ Present ☑ Absent ☐ ID & Soc. OK          Joint Debtor: ☐ Present ☐ Absent   ☐ ID & Soc. OK

☐ Examined   ☑ Not Examined under Oath          ☐ Examined   ☐ Not Examined under Oath

Attorney for Debtor(s): ☑ Not Present   ☐ Present

Name of Attorney Present (Other than Attorney of Record): _____

☐ Pro-se

☑ Creditor(s) Present          ☐ None

BPPR -- Vilches

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$2,579.00**     Paid Pre-Petition: **$500.00**     Outstanding (Through the Plan): **$2,079.00**

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor's/s' Commitment Period: ☐ Under Median Income 36 months   ☐ Above Median Income 60 months §1325(b)(1)(B)

Projected Disposable Income: $ _____

☐ The Trustee cannot determine debtor's/s' commitment period at this time.

Liquidation Value: $ _____    Estimated Priority Debt: $ _____

**If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $0.00**

The Trustee:    ☐ NOT OBJECTS    ☐ OBJECTS    Plan Confirmation    Gen. Uns. Approx. Dist.: \_\_\_ %

§341 Meeting    ☒ CONTINUED    ☐ NOT HELD    ☐ CLOSED

☐ HELD OPEN FOR \_\_\_\_ DAYS until _____ pursuant to 1308. After this date the meeting is deemed CLOSED.

§341 Meeting Rescheduled for: November 25, 2024 at 8:40AM

Access via Zoom 341 Meeting Information Meeting ID: 842 075 7565 Passcode: 8744010630 ***Dedicated Phone: (939) 545-9003.

***As per UST Guideline for ZOOM 341 meeting Debtors and their attorneys must appear by video.

Comments: Debtor's counsel requested the continuance of the meeting of creditor due to a calendar conflict.

---

*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

[1325(a)(5)] Plan fails to comply with required treatment of allowed Secured Claims.

As per Objection filed by Creditor Oriental's Proof of Claim no. 1 - The Plan fails to provide for Oriental's pre-petition arrears in the amount of $796.80.

*OTHER COMMENTS / OBJECTIONS

NOTE: Debtor complied with Article 9 of the Puerto Rico Homestead Act.

---

/s/ Jose R. Carrion, Esq.            Meeting Date: Sep 25, 2024
    Trustee

/s/ Alexandra Rodriguez, Esq., Presiding Officer

Last Docket Verified: 12    Last Claim Verified: 54    **Case Administrator:   Nannette Godreau**